FILED

APR 1 4 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | **1 : 2 6 CR 0 0 18 1** |
| v. | ) | CASE NO._____ |
| | ) | Title 18, United States Code, |
| JONATHAN D. WHITLOW, | ) | Sections 922(g)(1) and 924(a)(8) |
| Defendant. | ) | |
| | ) | |
| | ) | **JUDGE PEARSON** |

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1.      On or about March 7, 2026, in the Northern District of Ohio, Eastern Division,

Defendant JONATHAN D. WHITLOW, knowing he had previously been convicted of crimes

punishable by imprisonment for a term exceeding one year, those being:  Attempted Robbery, on

or about October 13, 2010, in Case Number CR-10-537532, in Cuyahoga County Court of

Common Pleas; Burglary and Domestic Violence on or about July 28, 2016, in Case Number

CR-16-606723, in Cuyahoga County Court of Common Pleas; Attempted Abduction, on or about

November 18, 2022, in Case Number CR-22-670534, in Cuyahoga County Court of Common

Pleas; Assault on a Police Officer, on or about December 11, 2023, in Case Number CR-23-

678204, in Cuyahoga County Court of Common Pleas; Aggravated Assault, on or about October

16, 2025, in Case Number CR-25-703509, in Cuyahoga County Court of Common Pleas;

Attempted Robbery, on or about October 16, 2025, in Case Number CR-25-703510, in

Cuyahoga County Court of Common Pleas; Attempted Domestic Violence, on or about October 16, 2025, in Case Number CR-25-704946, in Cuyahoga County Court of Common Pleas, knowingly possessed a firearm, to wit: a Sig Sauer P365, model MP9, 9mm pistol, serial number 66B201176, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant JONATHAN D. WHITLOW shall forfeit to the United States all firearms and ammunition involved or used in the commission of the federal firearm violation charged herein; including, but not limited to, the following: a Sig Sauer P365, model MP9, 9mm pistol, serial number 66B201176.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.